Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL IVES,<br><br>Defendant.<br>_____ | CASE: 6:12-MJ-0082-MJS<br><br>STIPULATION TO MOVE STATUS CONFERENCE DATE AND **MODIFIED** ORDER THEREON.<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, Defendant, Daniel Ives, and his attorney of record, Andras Farkas, that the Status Conference in the above-captioned matter currently scheduled for January 9, 2013, be moved to June 11, 2013, at 10:00 a.m. Sacramento DOJ lab informed the Government officer that lab results are significantly delayed due to a back up in work and the results may be available in six months.

Dated: January 8, 2013    /s/ Matthew McNease
Matthew McNease
Acting Legal Officer for
National Park Service

Dated: January 8, 2013    /s/ Andras Farkas
Andras Farkas
Attorney for
Daniel Ives

1

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to move the Status Conference, now set for January 9, 2013, at 10:00 a.m., to June 13, 2013, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference set for January 9, 2013, at 10:00 a.m. in case number 6:12-mj-082-MJS, *United States of America vs. Daniel Ives*, is moved to **February 5, 2013 (instead of June 11, 2013, as requested**). at 10:00 a.m..

2. On or before January 28, 2013, each party shall file with the Court proposals, if any he has, for disposition of the case without waiting the proposed six additional months for test results from the Sacramento DOJ lab. Each party may file a written response to the other's proposal on or before February 1, 2013.

IT IS SO ORDERED.

Dated:   January 8, 2013        /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE