1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0241

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,      )    CASE: 6:12-MJ-0082-MJS
                                  )
11      Plaintiff,                )
                                  )    STIPULATION TO VACATE STATUS
12   vs.                          )    CONFERENCE AND SET FOR
                                  )    PLEA AND SENTENCE; AND
13 DANIEL L. IVES,                )              ORDER
                                  )    THEREON
14                                )
        Defendant.                )    Court: U.S. District
15                                )    Court - Yosemite
                                  )    Judge: Honorable Michael J. Seng
16 _____ )

17

18      On January 8, 2013, the Court ordered both parties to file any proposal for

19 disposition of this matter without waiting six months for test results from Sacramento DOJ

20 lab.  On January 28, 2013, the parties entered into an plea agreement to resolve the

21 matter with a change of plea to an amended charge.   IT IS HEREBY STIPULATED by

22 and between Susan St. Vincent,   the acting legal officer for the National Park Service,

23 Defendant, Daniel Ives, and his attorney of record, Andras Farkas, that the status

24 conference in the above-captioned matter currently scheduled for February 5, 2013 be

25 vacated, and the matter be set for Plea and Sentence on February 12, 2013, at

26 10:00 a.m.

27 Dated: January 28, 2013            /s/ Susan St. Vincent
                                      Susan St. Vincent

28

---

1

STIPULATION TO CONTINUE STATUS CONFERENCE

|   |   |
|---|---|
| 1 | Acting Legal Officer for National Park Service |
| 2 |  |
| 3 | Dated: January 28, 2013                    /s/ Andras Farkas |
| 4 | Andras Farkas<br>Attorney for<br>Daniel L. Ives |

*** ORDER ***

The Court, having reviewed the above request in case number 6:12-mj-82 to vacate the status conference, now set for February 5, 2013, and set the matter for entry of plea and sentencing on February 12, 2013, at 10:00 a.m., HEREBY ORDERS:

1. The status conference set for February 5, 2013, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on February 12, 2013.

IT IS SO ORDERED.

Dated:    January 29, 2013                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE